#60534
FILED
2010 MAR -2 AM 10: 03
CLERK
NORTHERN DISTRICT OF OHIO
CANTON

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In the matter of: | Case No. 07-62176 |
| DOMER, STEWART ALAN | Chapter 7 |
| CONSTRUCTION, S.A. DOMER | Judge RUSS KENDIG |
| Debtor. | UNCLAIMED DIVIDEND |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3011, MICHAEL V DEMCZYK, Chapter 7 Trustee in the above captioned proceeding, has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 10114 in the amount of $439.83 representing unclaimed dividend.

The unclaimed dividend relates to the following claimant:

| Claim No | Claimant | Amount |
|---|---|---|
| 4 | Upfront Rewards Visa Platinum<br>P.O. Box 888377<br>Grand Rapids, MI 49588-8377 | $439.83 |

Unclaimed Check No. 107
Issued: December 24, 2009

Total: $439.83

/s/ MICHAEL V DEMCZYK
MICHAEL V DEMCZYK, Trustee, # 0018863
12370 CLEVELAND AVENUE, NW
UNIONTOWN, OH 44685
Telephone:(330) 699-6703
Facsimile: (330) 699-4803
mvdtrust@yahoo.com

McNamara, Demczyk
& DeHaven Co., L.P.A.
Attorneys and Counselors at Law
12370 Cleveland Avenue, N.W.
Post Office Box 867
Uniontown, Ohio 44685-0867